

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ex Parte: Leslie William Springer

No. 06-13-00201-CR

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. F14445-A).  Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the order of the trial court denying the appellant's habeas application.

We note that the appellant, Leslie William Springer, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 26, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk